IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HENRY L. BLEVINS and RYAN REAL ESTATE & PROPERTY MANAGEMENT, INC.,** | : : : : | CIVIL ACTION NO. 1:07-CV-0633 |
| **Plaintiffs** | : : | (Judge Conner) |
| v. | : : | |
| **J. ROBERT KATHERMAN, ESQUIRE, KATHERMAN, HEIM & PERRY, and DOMINION ABSTRACTING,** | : : : : : | |
| **Defendants** | : | |

-----------------------------------------------------------------------

| | |
|---|---|
| **J. ROBERT KATHERMAN, ESQUIRE, KATHERMAN, HEIM & PERRY, and DOMINION ABSTRACTING,** | : : : : : |
| **Third-Party Plaintiffs,** | : : |
| v. | : : |
| **HENRY WILLIAM SEAY, JR.,** | : : |
| **Third-Party Defendant** | : |

## ORDER

AND NOW, this 13th day of April, 2009, upon consideration of third-party defendant's motion for summary judgment (Doc. 46), as well as third-party plaintiffs' brief in opposition thereto (Doc. 53), and it appearing that, as of the date of this order, third-party plaintiffs have not filed a statement of material facts *in response to* third-party defendant's statement (Doc. 54) of material facts, see L.R. 56.1 (requiring "papers opposing a motion for summary judgment" to include "a

separate, short and concise statement of the material facts, responding to the numbered paragraphs set forth" in movant's statement and referencing "parts of the record that support the statements"), it is hereby ORDERED that:

1. Third-party plaintiffs shall file, on or before April 20, 2009, a statement of material facts specifically responding to the numbered paragraphs in third-party defendant's statement of material facts (Doc. 54). See L.R. 56.1.

2. Failure to timely file a statement of material facts in accordance with Local Rule 56.1 will result in the facts set forth in third-party defendant's statement of material facts (Doc. 54) being deemed admitted. See L.R. 56.1.

3. Third-party defendant may file a brief in reply to third-party plaintiffs' brief in opposition (Doc. 53) within ten (10) days after service of third-party plaintiffs' statement of material facts.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge