## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HENRY L. BLEVINS and RYAN REAL ESTATE AND PROPERTY MANAGEMENT, INC.,** | : | **CIVIL ACTION NO. 1:07-CV-0633** |
| | : | |
| | : | **(Judge Conner)** |
| **Plaintiffs** | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **J. ROBERT KATHERMAN, ESQUIRE, KATHERMAN, HEIM & PERRY,** and **DOMINION ABSTRACTING** | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **HENRY WILLIAM SEAY, JR.,** | : | |
| **Third-Party Defendant** | : | |

### <u>O R D E R</u>

AND NOW, this 27th day of July, 2010, the above-captioned action is hereby DISMISSED WITH PREJUDICE with respect to Plaintiffs Henry L. Blevins and Ryan Real Estate and Property Management, Inc. and Defendants J. Robert Katherman, Esquire, Katherman, Heim & Perry, and Dominion Abstracting. The Third-Party Complaint against Henry William Seay is hereby voluntarily withdrawn and dismissed. The voluntary dismissal of the Third Party Complaint is not to be deemed a successful termination of the claims against Mr. Seay.

                                     <u>S/ Christopher C. Conner</u>
                                     CHRISTOPHER C. CONNER
                                     United States District Judge